IN RE APPLICATION OF KEITA.

[Cite as *In re Application of Keita* (1992), 65 Ohio St.3d 1215.]

(No. 91–1266—Submitted December 29, 1992—Decided December 30, 1992.)

This matter is pending before the court upon the recommendation of the Board of Commissioners on Character and Fitness that Sundiata Keita's application to take the Ohio bar examination be disapproved.

IT WAS ORDERED by the court, *sua sponte*, that before a determination would be made on the merits of this case the applicant, Sundiata Keita, was to submit to an independent psychiatric evaluation; that such evaluation was to be conducted by a psychiatrist selected by the court; and that such evaluation be at the applicant's expense. It was further ordered that this matter be stayed pending the court's receipt of the psychiatrist's report. See *In re Keita* (1992), 62 Ohio St.3d 1492, 583 N.E.2d 316.

On October 27, 1992, Otto Kausch, M.D., and Phillip J. Resnick, M.D., filed a psychiatric evaluation with this court. On December 7, 1992, the special investigator for the Board of Commissioners on Character and Fitness filed a motion to remand this cause to the Board of Commissioners on Character and Fitness for further proceedings. Upon consideration thereof,

IT IS ORDERED by the court that said motion to remand be, and the same is hereby, granted.

IT IS FURTHER ORDERED that this matter be remanded to the Board of Commissioners on Character and Fitness for consideration of the psychiatric evaluation and further investigation with respect to issues raised by the evaluation.

MOYER, C.J., DOUGLAS, H. BROWN and RESNICK, JJ., concur.

SWEENEY, HOLMES and WRIGHT, JJ., dissent.